# Order

Michigan Supreme Court
Lansing, Michigan

November 21, 2011

143461

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

NATIONAL CITY BANK f/k/a NATIONAL
CITY BANK OF MICHIGAN/ILLINOIS,
      Plaintiff-Appellee,

v

BON CHANCE II, L.C., J. LAEVIN WEINER,
ANTHONY J. WEINER, and JOEL WEINER
      Defendants-Appellants.
_____/

SC: 143461
COA: 295166
Oakland CC: 2009-097463-CK

     On order of the Court, the application for leave to appeal the March 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

_____
Clerk

h1114